Decided September 5, 2008

TODD M. NAGY *v.* COMMISSIONER OF CORRECTION

The petitioner Todd M. Nagy's petition for certification for appeal from the Appellate Court, 108 Conn. App. 903 (AC 28184), is denied.

*Jodi Zils Gagne,* special public defender, in support of the petition.

*Eileen F. McCarthy,* senior assistant state's attorney, in opposition.

Decided September 5, 2008

KERMIT ELLISON *v.* COMMISSIONER OF CORRECTION

The petitioner Kermit Ellison's petition for certification for appeal from the Appellate Court, 108 Conn. App. 613 (AC 28291), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Mary H. Trainer,* special public defender, in support of the petition.

*Michele C. Lukban,* senior assistant state's attorney, in opposition.

Decided September 5, 2008